| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James I. Stang (CA Bar No. 94435)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4114<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>E-mail: jstang@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Joint Debtor, Wendy Villareal | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Eduardo Villareal and<br>Wendy Villareal<br><br><br>Debtor(s). | CASE NO.: 2:14-bk-15245-BR<br>CHAPTER: 7<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER**<br>**[FRBP 9014(c) and LBR 9013-1(k)]**<br><br>DATE: 01/16/2024<br>TIME: 10:00 am<br>COURTROOM: 1668<br>PLACE: Edward R. Roybal Fed. Bldg. & Courthouse<br>255 E. Temple Street, Suite 1660<br>Los Angeles, CA 90012 |
|---|---|

A motion for an order Objection to Claim #4 of Navy Federal Credit Union
was filed on (*date*) 12/05/2023 and

☒ No response was filed with the court or served on the movant; or

☐ The parties stipulated to dismiss on (*date*) _____ on the record of the court; or

☐ The parties filed a stipulation to dismiss on (*date*) _____.

Notice is given that the above-entitled contested matter [docket entry number 36 ] is dismissed pursuant to FRBP 9014(c).

Date: 01/09/2024

Pachulski Stang Ziehl & Jones LLP
Printed name of law firm (if applicable)

James I. Stang
Printed name of individual Movant or attorney for Movant

/s/ James I. Stang
Signature of individual Movant or attorney for Movant

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

10100 Santa Monica Blvd., 13th Fl., Los Angeles, CA  90067

A true and correct copy of the foregoing document entitled: **NOTICE OF VOLUNTARY DISMISSAL OF A CONTESTED MATTER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/09/2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 01/09/2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Navy Federal Credit Union
Attn: Mary McDuffie
President/CEO
P.O. Box 3000
Merrifield, VA 22119

Navy Federal Credit Union
Attn: CSC - Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/09/2024 , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA OVERNIGHT MAIL
The Honorable Barry Russell
U. S. Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/09/2024 | Sophia Lee | /s/Sophia Lee |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2014    Page 2    F 9013-1.5.MOTION.VOL.DISMISSAL

*TO BE SERVED BY THE COURT VIA NEF:*
*2:14-bk-15245-BR Notice will be electronically mailed to:*

*Mario M De La Rosa on behalf of Debtor Eduardo Villarreal*
*vnndelarosa@aol.com*

*Mario M De La Rosa on behalf of Joint Debtor Wendy Villareal*
*vnndelarosa@aol.com*

*Marian Garza on behalf of Creditor Capital One Auto Finance*
*ecfnotices@ascensioncapitalgroup.com*

*David M Goodrich on behalf of Trustee John J Menchaca (TR)*
*dgoodrich@go2.law,*
*kadele@go2.law;dfitzgerald@go2.law;wggllp@ecf.courtdrive.com*

*Jennifer McGrath on behalf of Interested Party Jennifer J. McGrath*
*jmcgrath@mklawllp.com*

*John J Menchaca (TR)*
*jmenchaca@menchacacpa.com,*
*igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com*

*Stephanie Rios on behalf of Creditor Capital One Auto Finance, a division of Capital One, N.A.*
*ecfnotices@ascensioncapitalgroup.com*

*Avi Schild on behalf of Interested Party Courtesy NEF*
*bk@atlasacq.com*

*United States Trustee (LA)*
*ustpregion16.la.ecf@usdoj.gov*

*Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)*
*hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

```
Label Matrix for local noticing       Capital One Auto Finance                Capital One Auto Finance, a division of Capi
0973-2                                c/o Ascension Capital Group              c/o Ascension Capital Group
Case 2:14-bk-15245-BR                 PO Box 201347                            P.O. Box 201347
Central District of California        Arlington, TX 76006-1347                 Arlington, TX 76006-1347
Los Angeles
Tue Jan  9 14:44:59 PST 2024

Golden Goodrich LLP                   Los Angeles Division                     AFNI
3070 Bristol Street                   255 East Temple Street,                  P O Box 3517
Suite 640                             Los Angeles, CA 90012-3332               BLOMINGGTON IL 61702-3517
Costa Mesa, CA 92626-3067


AMERICAN EXPRESS                      ANTELOPE VALLEY EMERG MED ASSO           ANTELOPE VALLEY HOSPITAL
P O BOX 7871                          P O BOX 12380                            P O BOX 512869
FORT LAUDERDALE FL 33329              WESTMINISTER CA 92685-2380               LOS ANGELES CA 90051-0869


ANTELOPE VALLEY HOSPITAL              ANTELOPE VALLY HOSPITAL                  ASSET ACCEPT
P O BOX 7001                          P O BOX 512869                           P O BOX 2036
LANCASTER CA 93539-7001               LOS ANGELES CA 90051-0869                WARREN MI 48090-2036


AWA COLLECTIONS                       Antelope Valley Medical Center           Ashley Funding Services, LLC
P O BOX 6605                          1600 West Avenue J                       Resurgent Capital Services
ORANGE CA 92863-6605                  Lancaster  CA 93534-2894                 PO Box 10587
                                                                               Greenville, SC 29603-0587


BANK OF AMERICA                       BAY ARE CREDIT SERVICES                  BLEIER AND COX LLP
1825 E BUCKEYE RD                     P O BOX 467600                           16130 VENTURA BLVD STE 620
PHOENIX AZ 85034-4216                 ATLANTA GA 31146-7600                    ENCINO CA 91436-2542


CALIFORNIA BUSINESS                   CALVARY PORTFOLIO                        (p)CAVALRY PORTFOLIO SERVICES LLC
1711 S MOUNTAIN AVE                   7 SKYLINE DR 3RD FLOOR                   500 SUMMIT LAKE DR
MONROVIA CA 91016-4256                HAWTHORNE NY 10532-2162                  STE 400
                                                                               VALHALLA NY 10595-2321


CAPITAL ONE                           CB OF LANCASTER/PALMDALE                 CMRE FINAANNCIAL SVCS
P O BOX 60599                         P O BOX 2067                             3350 E BIRCH ST STE 200
CITY OF INDUSTRY CA 91716-0599        LANCASTER CA 93539-2067                  BREA CA 92821-6267


CREDIT MANAGEMENT                     CREDIT MANAGEMENT LP                     CREDIT SOLUTION CORP
4200 INTERNATIONAL PKWY               4200 INTERNATIONAL PKWY                  9577 CHESAPEAKE DR
CARROLLTON TX 75007-1912              CARROLLTON TX 75007-1912                 SAN IEGO CA 92123-1304


DESERT VIEW EMERGENCY PHYSICIANS      DESIGNED RECEIVABLE                      (p)DISCOVER FINANCIAL SERVICES LLC
P O BOX 7279                          1 CENTERPOINTE DRI STE 450               PO BOX 3025
PHILADELPHIA PA 19101-7279            LA PALMA CA 90623-1089                   NEW ALBANY OH 43054-3025
```

Discover Bank  
Discover Products Inc  
PO Box 3025  
New Albany Ohio 43054-3025

ENHANCED RECOVERY COMPANY LLC  
8014BAYBERRY RD  
JACKSONVILLE FL 32256-7412

ERS SOLUTIONS INC  
P O BOX 9004  
RENTON WA 98057-9004

FINANCIAL CREDIT NETWORK INC  
P O BOX 3084  
VISALIA CA 93278-3084

FIRST NATIONAL COLLECTION BUREAU INC  
610 WALTHAM WAY  
SPARKS NV 89437-6695

FIRSTOURCE ADVANTAGE  
P O BOX 23860  
BELLEVILLE IL 62223-0860

FIRSTSOURCES ADVANTAGE  
7650 MAGNA DRIVE  
BELLEVILLE IL 62223-3309

FLINT C ZIDE ESQ  
1445 HUNTINGTON DRIVE STE 300  
SOUTH PASADENA CA 91030-5475

GECRB  
P O BOX 965005  
ORLANDO FL 32896-5005

HERBERT P SEARS CO INC  
2000 18TH ST  
BAKERSFIELD CA 93301-4292

HIGH DESERT GASTROENTEROLOGY  
P O BOX 5988  
LANCASTER CA 93539-5988

HOUSEHOLD BANK GOLD  
P O BOX 60102  
CITY OF INDUSTRY CA 91716-0102

HP SEARS COMPANY INC  
2000 18TH ST  
BAKERSFIELD CA 93301-4292

I C SYSTEM  
P O BOX 64886  
ST PAUL MN 55164-0886

(p)LABORATORY CORPORATION OF AMERICA  
ATTN GOVERNMENT AUDITS  
PO BOX 2270  
BURLINGTON NC 27216-2270

LVNV FUNDING  
P O BOX 740281  
HOUSTON TX 77274-0281

LVNV Funding, LLC  
Resurgent Capital Services  
PO Box 10587  
Greenville, SC 29603-0587

MICHAEL S HUNT ESQ  
151 BERNAL ROAD TE 8  
SAN JOSE CA 95119-1306

McGrath Kavinoky LLP  
4500 Park Granada, Suite 202  
Calabasas, CA 91302-1666

NATIONAL CREDIT ADJU  
327 W 4TH AVE  
HUTCHINSON KS 67501-4842

NATIONALWIDE CREDIT INC  
2002 SUMMIT BLVD STE 600  
ATLANTA GA 30319-1559

NAVY FEDERAL CREDIT UNION  
P O BOX 3600  
MERRIFIELD VA 22116-3600

NELSON AND KENNARD  
2180 HARVARD ST STE 160  
SACRAMENTO CA 95815-3314

NELSON WATSON AND ASSOCIATES LLC  
80 MERRIMACK STREET LOWER LEVEL  
HAVERHILL MA 01830-5211

NORTHLAND GROUP, INC.  
P O BOX 390846  
MINNEAPOLIS, MN 55439-0846

Navy Federal Credit Union  
P.O. Box 3000  
Merrifield, VA 22119-3000

PACIFIC DENTAL CARE  
37262 47TH ST EAST STE 101  
PALMDALE CA 93552-4482

PACIFIC DENTAL CARE DENTAL GROUP  
39522 10TH ST WEST C  
PALMDALE CA 93551-3757

PALMDALE REGIONAL MED CTR  
P O BOX 31001  
PASADENA CA 91110-0001

PROFESSIONAL COLLECTION  
P O BOX 45274  
LOS ANGELES CA 90045-0274

| | | |
|---|---|---|
| PROGRESSIVE MANAGEMENT SYSTEMS<br>1521 WEST CAMERON AVE<br>WEST COVINA CA 91790-2738 | RAMIN SAMADI MD<br>P O BOX 55007<br>VALENCIA CA 91385-0007 | RMA INC<br>4600 B MONTGOMERY NE<br>ALBUQUERQUE NM 87109-1210 |
| TARGET<br>P O BOX 673<br>MINNEAPOOLIS MN 55440-0673 | THD CBSD<br>P O BOX 9714<br>GRAY TN 37615-9714 | THE BRACHFELD LAW GROUP P C<br>880 APOLLO ST STE 155<br>EL SEGUNDO CA 90245-4783 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | VITAL RECOVERY SERVICES INC<br>P O BOX 923748<br>NORCROSS GA 30010-3748 |
| Eduardo Villarreal<br>9721 E. Avenue S8<br>Littlerock, CA 93543-1901 | James Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd 13th Fl<br>Los Angeles, CA 90067-4114 | Jennifer J. McGrath<br>McGrath Kavinoky LLP<br>4500 Park Granada<br>Suite 202<br>Calabasas, CA 91302-1666 |
| (p)JOHN J MENCHACA TR<br>835 WILSHIRE BLVD SUITE 300<br>LOS ANGELES CA 90017-2655 | Mario M De La Rosa<br>6410 Van Nuys Blvd Ste D<br>Van Nuys, CA 91401-1449 | Wendy Villareal<br>9721 E. Avenue S8<br>Littlerock, CA 93543-1901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CALVARY PORTFOLIO SERVICES LLC<br>P O BOX 1017<br>HAWTHORN NY 10532 | DISCOVER FIN SERVICES<br>P O BOX 15316<br>WILMIGTON DE 19850 | LABORATORY CORPORATION OF AMERICA<br>P O BOX 2240<br>BURLINGTON NORTH CAROLINA 272 |
| US BANK<br>P O BOX 1800<br>SAIT PAUL MINNESOTA 55101 | John J Menchaca (TR)<br>835 Wilshire Blvd., Suite 300<br>Los Angeles, CA 90017 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)Navy Federal Credit Union | (d)ANTELOPE VALLEY HOSPITAL<br>P O BOX 512869<br>LOS ANGELES CA 90051-0869 |

```
(d)I C SYSTEM INC                    (d)LVNV FUNDING LLC                         End of Label Matrix
P O BOX 64886                        P O BOX 740281                              Mailable recipients    74
ST PAUL MN 55164-0886                HOUSTON TX 77274-0281                       Bypassed recipients     5
                                                                                 Total                  79
```